Case: 1:26−mj−00176
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 10/5/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On or about January 7, 2026, members of the United States Immigration and Customs Enforcement ("ICE") learned that the Metropolitan Police Department ("MPD") arrested Martha Noemi Santos-Hernandez ("SANTOS-HERNANDEZ") ([redacted] on January 7, 2026, in Washington, D.C., for Assault with a Dangerous Weapon and Bench Warrant (CCN#: 26002752) (D.C. Superior Court Case No. 2026 CF3 000361).

SANTOS-HERNANDEZ was fingerprinted and photographed in relation to the aforementioned arrest. Your affiant obtained SANTOS-HERNANDEZ's fingerprint card for CCN# 26002752, which was then electronically processed through ICE indices containing fingerprint records of known and previously deported aliens. Results of this query showed a positive match to SANTOS-HERNANDEZ, an assigned immigration alien file, and her FBI Universal Control Number ("UCN").

On September 16, 2026, your affiant asked the Homeland Security Investigation ("HSI") Forensic Laboratory to compare the following fingerprints:

a) SANTOS-HERNANDEZ's right index finger on the Department of Homeland Security Immigration Service Form I-205 (warrant of removal/deportation) executed September 20, 2024; and

b) SANTOS-HERNANDEZ's MPD fingerprint card that was taken on January 7, 2026, for CCN# 26002752.

On September 18, 2026, HSI's Forensic Laboratory concluded that the fingerprint impressions appearing on the Form I-205 and MPD fingerprint card were made by the same individual, namely SANTOS-HERNANDEZ.

Your affiant reviewed SANTOS-HERNANDEZ's immigration file maintained by U.S. Citizenship and Immigration Services. This confirmed that SANTOS-HERNANDEZ: (i) is a citizen and national of El Salvador; (ii) was removed from the United States by ICE on or about September 20, 2024, at or near Alexandria, Louisiana; (iii) did not have any immigration benefit, document, or status that would allow her to legally enter, be admitted, pass through, or reside in the United States; and (iv) did not obtain permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following her formal removal.

Respectfully Submitted,

MARY K RIEHS
Digitally signed by MARY K RIEHS
Date: 2026.10.02 11:19:55 -04'00'

Mary Riehs
Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 5, 2026.

_________________________________________

HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE